UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin J. Kennedy,                                        Civ. No. 09-1043(PAM/JSM)

          Petitioner,

v.                                                                      **ORDER**

Duke Terrell, Warden,

          Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Janie S. Mayeron, issued on April 29, 2010. Petitioner is a federal prisoner currently incarcerated at the Federal Medical Center in Rochester, Minnesota. Petitioner filed a 28 U.S.C. § 2241 petition, claiming that the Federal Bureau of Prison failed to give him appropriate credit towards his current federal prison sentence. For the reasons explained in the R&R, Magistrate Judge Mayeron recommended that Petitioner's Petition be denied. Petitioner has failed to file objections within the permitted time period. The Court therefore **ADOPTS** the recommendation of the R&R (Docket No. 10).

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (Docket No. 1) is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Friday, May 21, 2010

                                                      *s/ Paul A. Magnuson*
                                                      Paul A. Magnuson
                                                      United States District Court Judge